## Rolland D. Sprague, Appellee, v. Grant Thomas and Elizabeth Thomas, Appellants.

### Gen. No. 9,862.

opinion filed April 28, 1943; rehearing denied June 23, 1943. Raphael E. Yalden, for appellants; B. Jay Knight, of counsel; James Berry, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''

## A. Y. McDonald Manufacturing Company, Appellee, v. 303 Henderson Corporation, Appellant.

### Gen. No. 9,860.

opinion filed April 28, 1943; rehearing denied June 23, 1943. Mayer, Altheimer & Kabaker and Hunter & Hunter, for appellant; Ascher & Ellis, for appellee. Opinion by JUSTICE WOLFE. ''Not to be published in full.''